**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Pamela Straker** | Social Security number or ITIN  **xxx–xx–8309** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **18–33324**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pamela Straker

April 27, 2021                                                       **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                                 United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 18-33324-ABG
Pamela Straker                                                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 | User: ldavis | Page 1 of 3
Date Rcvd: Apr 27, 2021 | Form ID: 318 | Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Straker, 12008 S Kildare Ave Apt 1n, Alsip, IL 60803-2330 |
| 27339202 | + | ARS ACCOUNT RESOLUTION, PO BOX 459079, Fort Lauderdale, FL 33345-9079 |
| 29225631 | + | Advocate Health, P.O. Box 5598, Chicago Illinois 60680-5545 |
| 27459444 | | Advocate Health Care, PO Box 1123, Minneapolis, MN 55440-1123 |
| 29225635 | + | Ars Account Resolution, 1643 NW 136TH AVE STE 10, SUNRISE Florida 33323-2857 |
| 29225636 | + | Ayala, Maria, 12008 S.Kildare Avenue, Apt. 1S, Alsip Illinois 60803-2330 |
| 27339205 | + | City of Chicago - Parking and red Light Tickets, 121 N. LaSalle Street, Chicago, IL 60602-1202 |
| 27339209 | + | Dupage Medical Group, 15921 Collection Center Dr, Chicago, IL 60693-0001 |
| 29225638 | + | Dupage Medical Group., 1100 West 31st Street, Downers Grove Illinois 60515-5509 |
| 29225640 | + | Harris and Harris, 2700 Ogden Ave, Downers Grove Illinois 60515-1703 |
| 27339203 | | ICS COLLECTION SERV, I, PO Box 1010, Tinley Park, IL 60477-9110 |
| 27339207 | + | IDES - Bankruptcy Department, PO Box 4385, Chicago, IL 60680-4385 |
| 27339211 | + | IDOR-Bankruptcy Section, Po Box 851388, Minneapolis, MN 55485-1388 |
| 27339204 | + | IL Tollway, PO Box 5544, Chicago, IL 60680-5491 |
| 29225641 | + | Ics Collection Serv, I, 8231 185th St, Tinley Park Illinois 60487-9349 |
| 29225642 | + | Ides - Bankruptcy Department, 33 S State St, Chicago Illinois 60603-2808 |
| 29341411 | + | Landlord, 1245 N. Kildare, Chicago, IL 60651-3896 |
| 29225645 | | Progressive Insurance Company, 400 North Commons Blvd, Mayfield Village Ohio 44143 |
| 27429213 | + | SST as servicing agent for CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 29225647 | + | Sst/Cigpf1c, 4315 Pickett Road, Saint Joseph Missouri 64503-1600 |
| 29225649 | + | University Of Chicago Medicine, 15965 Collections Center Dr, Chicago Illinois 60693-0159 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRSALSTERDA.COM | Apr 28 2021 01:48:00 | Trustee R Scott Alsterda, Nixon Peabody LLP, 70 West Madison Street, Suite 3500, Chicago, IL 60602-4224 |
| 27392124 | | EDI: PHINAMERI.COM | Apr 28 2021 01:48:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 29225633 | + | EDI: AIS.COM | Apr 28 2021 01:48:00 | American Infosource Lp (Agent For Tmobile), P.O. Box 248848, Oklahoma City Oklahoma 73124-8848 |
| 29225637 | + | EDI: CITICORP.COM | Apr 28 2021 01:48:00 | Citibank, PO Box 6500, Sioux Falls South Dakota 57117-6500 |
| 27370149 | + | EDI: PHINHARRIS | Apr 28 2021 01:48:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W. Jackson Ste. 600, Chicago, IL 60604-3517 |
| 27339200 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 27 2021 23:49:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 27339198 | + | EDI: PHINAMERI.COM | Apr 28 2021 01:48:00 | GM Financial, ATT: Mandy Youngblood, PO Box |

Case 18-33324 Doc 61 Filed 04/29/21 Entered 04/29/21 23:15:01 Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0752-1 | User: ldavis | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 318 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | 183853, Arlington, TX 76096-3853 |
| 27339206 | + | EDI: PHINHARRIS | Apr 28 2021 01:48:00 | HARRIS & HARRIS LTD, 222 Merchandise Mart Plaza, Suite 1900, Chicago, IL 60654-1421 |
| 27339201 | + | Email/Text: bkynotice@harvardcollect.com | Apr 27 2021 23:51:00 | HARVARD COLLECTION SER, 4839 ELSTON AVE, CHICAGO, IL 60630-2589 |
| 29225639 | + | EDI: PHINHARRIS | Apr 28 2021 01:48:00 | Harris & Harris Ltd, 111 W JACKSON BLVD S-400, CHICAGO Illinois 60604-4135 |
| 29225643 | | Email/Text: rev.bankruptcy@illinois.gov | Apr 27 2021 23:49:00 | Idor-Bankruptcy Section, PO Box 64338, Chicago Illinois 60664 |
| 27339210 | + | EDI: IRS.COM | Apr 28 2021 01:48:00 | IRS 1, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29225644 | + | Email/Text: bankrup@aglresources.com | Apr 27 2021 23:48:00 | Nicor Gas, PO Box 0632, Aurora Illinois 60507-0632 |
| 27339212 | + | Email/Text: bankrup@aglresources.com | Apr 27 2021 23:48:00 | Nicor Gas, Po Box 549, Aurora, IL 60507-0549 |
| 27339199 | + | Email/Text: bankruptcies@orangelake.com | Apr 27 2021 23:48:00 | ORANGE LAKE/WILSON RES, 8505 W IRLO BRONSON HWY, KISSIMMEE, FL 34747-8217 |
| 29225646 | | EDI: AISSPRINT | Apr 28 2021 01:48:00 | Sprint Corp., P.O. Box 7949, Attn Bankruptcy Dept, Overland Park Kansas 66207 |
| 27339208 | + | Email/Text: SRCO-Bankruptcy@advocatehealth.com | Apr 27 2021 23:50:00 | South Suburban Hospital, 17800 Kedzie Ave, Hazel Crest, IL 60429-0989 |
| 29225634 | | EDI: AISTMBL.COM | Apr 28 2021 01:48:00 | Tmobile, P.O. Box 742596, Cincinnati Ohio 45274 |
| 27605724 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 27 2021 23:49:00 | US Department of Education C/O Nelnet, 121 South 13th Street Suite 201, LINCOLN, NE 68508-1911 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29225632 | *+ | Advocate Health, P.O. Box 5598, Chicago Illinois 60680-5545 |
| 29225648 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Tmobile, P.O. Box 742596, Cincinnati Ohio 45274 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

District/off: 0752-1      User: ldavis      Page 3 of 3
Date Rcvd: Apr 27, 2021      Form ID: 318      Total Noticed: 40

| Name | Email Address |
| --- | --- |
| Amy E Donahue | on behalf of Debtor 1 Pamela Straker adonahue@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Andrew Dryjanski | on behalf of Plaintiff The Illinois Department Of Employment Security andrew.dryjanski@illinois.gov Rae.Piotrowski@Illinois.Gov;Deja.Robinson@Illinois.Gov |
| David Strahorn | on behalf of Debtor 1 Pamela Straker dstrahorn@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Elizabeth Placek | on behalf of Debtor 1 Pamela Straker eplacek@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Jeremy M Nevel | on behalf of Debtor 1 Pamela Straker jnevel@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Jessica A. Boone | on behalf of Debtor 1 Pamela Straker jboone@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Ryan P Crotty | on behalf of Debtor 1 Pamela Straker rcrotty@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Trustee R Scott Alsterda | rsalsterda@nixonpeabody.com  ralsterda@ecf.axosfs.com |

TOTAL: 9